147 A.3d 405

**SEFCIK, John**

v.

**STATE of Maryland**

**Pet. Docket No. 210, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

(No. 23-K-15-000562, Circuit Court for Worcester County). Petition for writ of certiorari denied.

■

147 A.3d 405

**SEWELL**

v.

**DORE**

**Pet. Docket No. 327, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 867, Sept. Term, 2015).

Petition for writ of certiorari dismissed.